

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00177-CR

| | | |
|---|---|---|
| CHARLES DEAN BRYANT, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1510666R) |
| V. | § | July 25, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel